IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RICHARD ERDREICH,

    Plaintiff,

v.

CITY OF PHILADELPHIA, et al.,

    Defendants.

CIVIL ACTION
NO. 18-2290

## ORDER

**AND NOW**, this 6th day of March 2019, upon consideration of Defendant City of Philadelphia's Motion to Dismiss Count V and Count VI of the Second Amended Complaint (Doc. No. 13), Plaintiff Richard Erdreich's Response in Opposition to the Motion to Dismiss (Doc. No. 15), the arguments of counsel at the hearing held on November 26, 2018, and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that Defendant's Motion to Dismiss Count V and Count VI of the Second Amended Complaint (Doc. No. 13) is **GRANTED** in its entirety. The City of Philadelphia is dismissed as a Defendant in this case.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.